THOMAS W. DALEY, appellant,

*v.*

SOMERS LUMBER COMPANY et al., respondents.

[Argued March 21st and 22d, 1906.   Decided December 12th, 1906.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Grey, whose opinion is reported in *70 N. J. Eq. 343.*

*Mr. Charles C. Babcock* and *Mr. William Clevenger,* for the appellant.

*Messrs. Thompson & Cole,* for the respondents.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court of chancery by Vice-Chancellor Grey.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, GARRETSON, HENDRICKSON, SWAYZE, REED, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—12.

*For reversal*—None.